**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos Shenick WHITE, Defendant–**
**Appellant.**

**No. 09–6532.**

United States Court of Appeals,
Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 25, 2009.

Carlos Shenick White, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carlos Shenick White appeals the district court's order denying his motion filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. White,* No. 4:98–cr–

00009–H–1 (E.D.N.C. Mar. 16, 2009). We deny White's motion for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*